■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. HOCKING, Defendant, and ROBERT BURD, Appellant.— Judgment of conviction affirmed. All concur. (Appeal by defendant Burd from a judgment of Erie Trial Term convicting both defendants of the crime of murder, first degree.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY J. TOMKALSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ MARGARET STASCO, Appellant, v. IDA EDDY, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from judgment of Herkimer Trial Term for defendant for no cause of action, in an automobile negligence action. The order denied plaintiff's motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ ANTHONY J. LA FACHE, an Infant, by LOUIS F. LA FACHE, His Guardian ad Litem, et al., Appellants, v. CATHERINE BOGDAN et al., Respondents.— Judgment and orders affirmed, without costs of these appeals to any party. All concur. (Appeal from a judgment of Oneida Trial Term for defendants for no cause of action in an automobile negligence action; appeal from two orders denying plaintiffs' motions for a new trial (1) on the ground of newly discovered evidence and (2) on the grounds of misconduct of a court attendant and inability of the jurors to hear the court's charge.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ JERRY VERDI, Appellant, v. EDGAR B. WILSON et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Trial Term, for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ ALBERT STOCKMAN, Appellant, v. WHITE MOTOR COMPANY OF CANADA LIMITED, Respondent.— Order dated July 22, 1957 affirmed, without costs of this appeal to either party. All concur. (Appeal from order of Erie Special Term granting motion to set aside service of summons and complaint, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ FREEMAN SAMUEL, Respondent, v. JOSEPH H. NIX, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order appealed from denied defendant's motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.